UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACKIE W. GREEN, ADC #153300                                                          PLAINTIFF

V.                          No. 4:17CV00846 JLH/JTR

WILLIAMS, Correctional Officer,
Faulkner County Detention Center, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis appeal* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE